IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MINERVA MARTINEZ, SANDRA SCOTT, CARL GRAHAM, ANNE PARYS, DAVID ORTIZ, SEAN CHAMBERS AND TIFFANY JAMES, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:22-cv-00354<br><br>District Judge Aleta A. Trauger<br><br>Courtroom 6C |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT WITH DEFENDANT NISSAN NORTH AMERICA INC.

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs,[1] individually and on behalf of the proposed Settlement Class, hereby move for Preliminary Approval of the Class Action Settlement with Defendant Nissan North America Inc. Plaintiffs respectfully move this Honorable Court for entry of an Order: (1) granting preliminary approval of the Settlement and finding that it warrants sending notice to the Settlement Class; (2) conditionally certifying the Settlement Class for settlement purposes and appointing Plaintiffs as Class Representatives and Melissa Weiner of Pearson, Simon & Warshaw, LLP, Natalie Finkelman Bennett of Miller Shah, LLP, Tarek Zohdy of Capstone Law APC, Lawrence Deutsch of Berger Montague, and Norberto Cisneros of Maddox

---

[1] "Plaintiffs" collectively refers to Minerva Martinez, Sandra Scott, Carl Graham, Anne Parys and David Ortiz ("Altima Plaintiffs"), and Sean Chambers and Tiffany James ("Sentra-Versa Plaintiffs").

& Cisneros, LLP as Co-Lead Class Counsel; (3) approving the Parties' proposed form and method of giving Settlement Class Members Notice of the action and proposed Settlement; (4) directing that Notice be given to Settlement Class Members in the proposed form and manner; (5) appointing Kurtzman Carson Consultants, LLC as Settlement Administrator; and (6) setting a Fairness Hearing to consider entering Final Approval of the Settlement.

This motion is based on Plaintiffs' Memorandum of Law and the declarations submitted in support thereof, the complete record in this action and such oral argument as the Court may consider in deciding this motion.

Dated: August 1, 2022                                   Respectfully submitted,

/s/ *Melissa S. Weiner*
Melissa S. Weiner (*pro hac vice*)
  mweiner@pswlaw.com
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone:  (612) 389-0600
Facsimile:  (612) 389-0610

Gregory F. Coleman
  gcoleman@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS
    GROSSMAN PLLC
800 South Gay Street Suite 1100
Knoxville, TN 37929

Tarek H. Zohdy (*pro hac vice*)
  Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (*pro hac vice*)
  Cody.Padgett@capstonelawyers.com
Laura E. Goolsby (*pro hac vice*)
  Laura.Goolsby@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Norberto J. Cisneros, Esq. (*pro hac vice*)
  ncisneros@mic-law.com
Barbara McDonald, Esq.
MADDOX & CISNEROS, LLP
3230 S. Buffalo Drive, Suite 108
Las Vegas, NV 89117
Telephone: (702) 366-1900
Facsimile: (702) 366-1999

James C. Shah (*pro hac vice*)
  jcshah@millershah.com
Natalie Finkelman Bennett (*pro hac vice*)
  nfinkelman@millershah.com
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone:  (866) 540-5505
Facsimile:  (866) 300-7367

Lawrence Deutsch (*pro hac vice*)
  ldeutsch@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604

*Attorneys for Plaintiffs and the Class*