IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MINERVA MARTINEZ, SANDRA SCOTT, CARL GRAHAM, ANNE PARYS, DAVID ORTIZ, SEAN CHAMBERS and TIFFANY JAMES, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | NO. 3:22-cv-00354<br><br>JUDGE RICHARDSON |

## ORDER

As is reflected in more detail in the Preliminary Approval Order of Class Action Settlement, the Motion for Preliminary Approval of the Class Action Settlement (Doc. No. 20) is **GRANTED**. However, counsel is hereby advised that all notices issued shall be updated to include (use) the name of the undersigned as the newly-assigned judge on this case, as well as the Court's new address (and the undersigned's specific courtroom number therein):

Fred D. Thompson Federal Building & Courthouse
Courtroom 5C
719 Church Street
Nashville, TN 37203

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE