IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MINERVA MARTINEZ, SANDRA SCOTT, CARL GRAHAM, ANNE PARYS, DAVID ORTIZ, SEAN CHAMBERS AND TIFFANY JAMES, individually, and on behalf of a class of similarly situated individuals,<br><br>                Plaintiffs,<br><br>    v.<br><br>NISSAN NORTH AMERICA INC., a Delaware corporation,<br><br>                Defendant. | Case No.: 3:22-cv-00354<br><br>District Judge Eli J. Richardson<br><br>Date:     March 20, 2023<br>Time:    1:00 p.m.<br>Courtroom: 5C |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT WITH DEFENDANT NISSAN NORTH AMERICA, INC.**

Plaintiffs,[1] individually, and on behalf of a settlement class of similarly situated individuals, hereby move for final approval of the Settlement Agreement (ECF No. 22-2) with Defendant Nissan North America, Inc. This Motion is based on the accompanying Memorandum of Points and Authorities, the accompanying Motion for Attorneys' Fees, Costs, and Class Representative Service Awards, and the Declarations and exhibits thereto, as well as any briefs filed in support, and the papers, records, and pleadings on file herein.

Dated: January 12, 2023                    Respectfully submitted,

                                                      /s/ Gregory F. Coleman
                                                      Gregory F. Coleman

---

[1] "Plaintiffs" collectively refers to Minerva Martinez, Sandra Scott, Carl Graham, Anne Parys and David Ortiz ("Altima Plaintiffs"), and Sean Chambers and Tiffany James ("Sentra-Versa Plaintiffs").

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
800 South Gay Street Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
gcoleman@milberg.com

Melissa S. Weiner (*pro hac vice*)
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
T: 612-389-0600
F: 612- 389-0610
mweiner@pwfirm.com

Tarek H. Zohdy (*pro hac vice*)
Cody R. Padgett (*pro hac vice*)
Laura E. Goolsby (*pro hac vice*)
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000
Los Angeles, CA 90067
T: 310-556-4811
F: 310- 943-0396
Tarek.Zohdy@capstonelawyers.com
Cody.Padgett@capstonelawyers.com
Laura.Goolsby@capstonelawyers.com

Norberto J. Cisneros, Esq. (*pro hac vice*)
Barbara McDonald, Esq.
**MADDOX & CISNEROS, LLP**
3230 S. Buffalo Drive, Suite 108
Las Vegas, NV 89117
T: 702-366-1900
F: 702-366-1999
ncisneros@mic-law.com

James C. Shah (*pro hac vice*)
Natalie Finkelman Bennett (*pro hac vice*)
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
T: 866-540-5505
F: 866-300-7367
jcshah@millershah.com
nfinkelman@millershah.com

2

Lawrence Deutsch (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
T: 215-875-3062
F: 215- 875-4604
ldeutsch@bm.net

*Attorneys for Plaintiffs and the Class*

3

Case 3:22-cv-00354    Document 48    Filed 01/12/23    Page 3 of 4 PageID #: 666

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that he caused a copy of the foregoing to be served upon the following counsel of record by the Court's ECF system, this PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT WITH DEFENDANT NISSAN NORTH AMERICA, INC., on the 12th day of January, 2023.

      John S. Hicks
**BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
jhicks@bakerdonelson.com

E. Paul Cauley, Jr.
S. Vance Wittie
**FAEGRE DRINKER BIDDLE & REATH LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201
paul.cauley@faegredrinker.com
vance.wittie@faegredrinker.com

Bradley J. Andreozzi
320 S. Canal Street, Suite 3300
Chicago, Illinois 60606
bradley.andreozzi@faegredrinker.com

*Attorneys for Defendant Nissan North America, Inc.*

      /s/ Gregory F. Coleman
      Gregory F. Coleman