IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MINERVA MARTINEZ, SANDRA SCOTT, CARL GRAHAM, ANNE PARYS, DAVID ORTIZ, SEAN CHAMBERS and TIFFANY JAMES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.<br><br>Defendants. | Case No. 3:22-cv-00354<br><br>CLASS ACTION<br><br>**DECLARATION OF LANA COOPER RE: NOTICE PROCEDURES** |

1

I, LANA COOPER, declare and state as follows:

1. I am a Vice President with KCC Class Action Services, LLC ("KCC"), located in San Rafael, California. Pursuant to the Preliminary Approval Order of Class Action Settlement (the "Preliminary Approval Order"), dated August 17, 2022, the Court appointed KCC as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

## CAFA NOTIFICATION

2. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, and pursuant to Paragraph 68 of the Settlement Agreement, KCC compiled a CD-ROM containing the following documents: Class Action Complaint, Nissan North America's Answer to Class Action Complaint, Notice of Motion for Preliminary Approval of Class Action Settlement with Nissan North America, Memo In Support of Motion, Weiner Declaration and Exhibits, Settlement Agreement, Expedited Resolution Process, Claim Form, Long Form Notice, Summary Notice, Proposed Preliminary Approval Order, Proposed Final Approval Order, Declarations of Cisneros, Deutsch, Bennett, and Zohdy (4), Peak Declaration (Notice Plan), and the Order transferring the Action (Case Transferred to Judge Eli Richardson), which accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is presented as Exhibit A.

3. On August 10, 2022, KCC caused 58 CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed in Exhibit B (i.e., the U.S. Attorney General, the Attorneys General of individual states and the District of Columbia, and the five recognized U.S. Territories, as well as parties of interest to this Action).

4. On November 29, 2022, KCC caused 58 supplemental CAFA Notice letters to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the same parties listed

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement, dated August 1, 2022 (the "Settlement Agreement") and/or the Preliminary Approval Order.

2

DECLARATION OF LANA COOPER RE: NOTICE PROCEDURES

in paragraph three above. This supplemental letter contained an estimate of the number and percentage of Class Members broken down by state. This information was not available at the time of the initial CAFA mailing. A copy of this letter is presented as Exhibit C.

5. As of the date of this Declaration, KCC has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph three above.

## CLASS LIST

6. On August 19, 2022, Defendant Nissan North America, Inc. ("NNA") provided KCC with Vehicle Identification Number ("VIN") information for all Class Vehicles. Pursuant to Paragraph 64 of the Settlement Agreement, using this VIN information provided by NNA, KCC utilized the services of a third-party vendor, IHS Markit, formerly known as R.L. Polk ("IHS"), to obtain mailing address data for the Settlement Class in preparation for mailing the Summary Notice of the proposed settlement. A total of 2,003,819 records were returned by IHS.

7. KCC identified and removed 110 records from the Class Member List. These records were removed as they were duplicative of other records on VIN, Name, and Address. A total of 2,003,709 records remained on the Class Member List.

8. KCC withheld 49,540 records from the Notice Mailing but maintained them in the Class Member List. Of these 49,540 records, 40,600 were withheld because the address listed was that of a Nissan facility and 8,940 records had missing or incomplete address data. This left 1,954,169 records in the Class Member List to whom KCC would mail the Summary Notice of the proposed settlement.

9. Next, IHS caused the addresses in the Class Member List to be updated using the National Change of Address database ("NCOA") maintained by the U.S. Postal Service ("USPS"). A total of 176,917 addresses were updated. Upon receipt of the mailing address data for the Settlement Class provided by IHS, KCC entered the updated Class Member List information into its proprietary database and prepared a data file for the Summary Notice Mailing.

## MAILING OF THE SETTLEMENT NOTICE

10. Pursuant to Paragraph 65 of the Settlement Agreement, on December 15, 2022, KCC caused the Summary Notice to be printed and mailed to the 1,482,295 names and mailing addresses in the Class List. A true and correct copy of the Summary Notice is attached hereto as Exhibit D.

11. Rather than sending numerous separate Summary Notices to fleet customers who purchased or leased a number of Class Vehicles, KCC sent a single consolidated Fleet Notice to each such Class Member, listing all of the VINs representing that Class Members' vehicles. On December 15, 2022, KCC caused 950 Fleet Notices to be printed and mailed to these Class Members, associated with the 471,874 VINs of their Class Vehicles and representing the 471,874 remaining records in the Class List. A true and correct copy of the Fleet Notice is attached hereto as Exhibit E.

12. After mailing the Summary Notice and Fleet Notice to the Class Members, KCC received 50,697 Summary Notices and Fleet Notices returned by the USPS with forwarding addresses. KCC promptly caused 46,887 Summary Notices and Fleet Notices to be re-mailed to the forwarding addresses supplied by the USPS. The remaining Summary Notices and Fleet Notices were recently returned and as a result are currently in process of being re-mailed. As of the date of this Declaration, none of these forwarded notices were returned as undeliverable.

13. After mailing the Summary Notices and Fleet Notices to the Class Members, KCC received 78,068 Summary Notices and Fleet Notices returned by the USPS with undeliverable addresses. Through credit bureau and/or other public source databases, KCC performed address searches for these undeliverable Summary Notices and Fleet Notices and was able to find updated addresses for 7,158 Class Members. KCC promptly re-mailed Summary Notices and Fleet Notices to the found new addresses. As of the date of this Declaration, none of these re-mailed notices were returned as undeliverable.

14. Accordingly, as of the date of this Declaration, KCC's records indicate that 1,879,449 of the 1,954,169 mailed Summary Notices and Fleet Notices were successfully mailed to Class Members in accordance with the Court's Preliminary Approval Order approving the notice

4

DECLARATION OF LANA COOPER RE: NOTICE PROCEDURES

program.

## SETTLEMENT WEBSITE

15. Pursuant to Paragraph 67 of the Settlement Agreement, on December 15, 2022, KCC established a website [www.AltimaSentraVersaCVTSettlement2022.com] dedicated to this proposed settlement to provide information to the Class Members and to answer frequently asked questions. The website URL was set forth in the Summary Notice, Fleet Notice, Long-Form Notice, and Claim Form. Visitors to the website can download copies of the Long-Form Notice, Claim Form, Settlement Agreement and other case-related documents. Visitors can also submit claims online and upload supporting documentation. As of January 4, 2023, the website had received 26,202 visits.

## TELEPHONE HOTLINE AND EMAIL ADDRESS

16. KCC established and will continue to maintain, in accordance with Paragraph 67 of the Settlement Agreement, a toll-free telephone number (1-844-591-0204) and an email address (admin@AltimaSentraVersaCVTSettlement2022.com) for potential Class Members to contact the Settlement Administrator to obtain information about the Settlement, and/or request a Long Form Notice and Claim Form. The telephone hotline became operational on December 15, 2022, and is accessible 24 hours a day, 7 days a week. As of January 4, 2023, KCC has received a total of 10,518 calls to the telephone hotline. As of January 4, 2023, KCC has also received a total of 141 emails to the email address.

## CLAIM FORMS

17. The postmark deadline for Class Members to submit a claim for reimbursement for a Qualifying Repair is March 15, 2023, or within thirty (30) days of the Qualifying Repair, whichever is later. To date, KCC has received 2,099 timely-filed claim forms. KCC expects

5

additional timely-filed claims forms to arrive through the duration of the claims period. KCC has not yet reviewed the claim forms and supporting information for validity.

### **REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE**

18. The Notice informs Class Members that any request for exclusion from the Settlement Class must be postmarked no later than February 13, 2023. As of the date of this Declaration, KCC has received 13 requests for exclusion. Of these, two (2) requests did not include a signature and one (1) request reflects a VIN that is not a Class Vehicle included in the Class List.

### **OBJECTIONS TO THE SETTLEMENT**

19. The receipt deadline for Class Members to object to the settlement is February 13, 2023. The Notice informs Class Members to file objections with the Court and mail a copy to the Settlement Administrator. As of the date of this Declaration, KCC has received one (1) unsigned purported objection to the settlement, which KCC promptly forwarded to Co-Lead Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2023 at San Rafael, California.

_____
LANA COOPER

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a copy of the foregoing to be served upon the following counsel of record by the Court's ECF system, this DECLARATION OF LANA COOPER RE: NOTICE PROCEDURES, on the 12th day of January, 2023.

John S. Hicks
**BAKER DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
jhicks@bakerdonelson.com

E. Paul Cauley, Jr.
S. Vance Wittie
**FAEGRE DRINKER BIDDLE &
REATH LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75201
paul.cauley@faegredrinker.com
vance.wittie@faegredrinker.com

Bradley J. Andreozzi
320 S. Canal Street, Suite 3300
Chicago, Illinois 60606
bradley.andreozzi@faegredrinker.com

*Attorneys for Defendant Nissan North America, Inc.*

    /s/ Gregory F. Coleman
    Gregory F. Coleman