IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MINERVA MARTINEZ, SANDRA SCOTT, CARL GRAHAM, ANNE PARYS, DAVID ORTIZ, SEAN CHAMBERS and TIFFANY JAMES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.<br><br>Defendants. | Case No. 3:22-cv-00354<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF LANA COOPER RE: EXCLUSION REQUESTS** |

1

SUPPLEMENTAL DECLARATION OF LANA COOPER RE: EXCLUSION REQUESTS

I, LANA COOPER, declare and state as follows:

1. I am a Vice President with KCC Class Action Services, LLC ("KCC"), located in San Rafael, California. Pursuant to the Preliminary Approval Order of Class Action Settlement (the "Preliminary Approval Order"), dated August 17, 2022, the Court appointed KCC as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

2. The purpose of this declaration is to provide updated statistics, specifically related to the exclusion requests received to date, based on my last declarations executed on January 10, 2023 and January 26, 2023, respectively.

## REPORT ON EXCLUSION REQUESTS RECEIVED TO DATE

3. The Notice informs Class Members that any request for exclusion from the Settlement Class must be postmarked no later than February 13, 2023. As of the date of this Declaration, KCC has received 843 requests for exclusion. Of these, 5 requests did not include a signature; 2 requests did not include a signature or a VIN; 2 requests did not include a VIN; and 51 requests reflect a VIN that is not a Class Vehicle included in the Class List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 22, 2023 at San Rafael, California.

_____
LANA COOPER

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement, dated August 1, 2022 (the "Settlement Agreement") and/or the Preliminary Approval Order.

2
SUPPLEMENTAL DECLARATION OF LANA COOPER RE: EXCLUSION REQUESTS