IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MINERVA MARTINEZ, SANDRA SCOTT, CARL GRAHAM, ANNE PARYS, DAVID ORTIZ, SEAN CHAMBERS and TIFFANY JAMES, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 3:22-cv-00354<br><br>**CLASS ACTION**<br><br><br>Judge Eli J. Richardson |

**CONSENT MOTION FOR ENTRY OF FINAL APPROVAL ORDER**

Plaintiffs Minerva Martinez, Sandra Scott, Carl Graham, Anne Parys, David Ortiz, Sean Chambers and Tiffany James and Defendant Nissan North America, Inc. submit this consent motion for the Court's Entry of the attached Order and Judgment Granting Final Approval of Class Action Settlement and Award of Attorneys' Fees, Costs, Expenses and Representative Service Awards as requested by Court at the fairness hearing on March 20, 2023.

Dated: March 20, 2023         Respectfully submitted,

/s/ Melissa S. Weiner
Gregory F. Coleman
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
800 South Gay Street Suite 1100
Knoxville, TN 37929
T: 865-247-0080
F: 865-522-0049
gcoleman@milberg.com
Melissa S. Weiner (pro hac vice)
PEARSON WARSHAW, LLP

328 Barry Avenue South, Suite 200
Wayzata, MN 55391
T: 612-389-0600
F: 612- 389-0610
mweiner@pwfirm.com

Tarek H. Zohdy (pro hac vice)
Cody R. Padgett (pro hac vice)
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, CA 90067 T: 310-556-4811
F: 310- 943-0396
Tarek.Zohdy@capstonelawyers.com
Cody.Padgett@capstonelawyers.com

Norberto J. Cisneros, Esq. (pro hac vice) Barbara McDonald, Esq.
MADDOX & CISNEROS, LLP
3230 S. Buffalo Drive, Suite 108 Las Vegas, NV 89117
T: 702-366-1900
F: 702-366-1999
ncisneros@mic-law.com

James C. Shah (pro hac vice)
Natalie Finkelman Bennett (pro hac vice)
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
T: 866-540-5505
F: 866-300-7367
jcshah@millershah.com
nfinkelman@millershah.com

Lawrence Deutsch (pro hac vice)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
T: 215-875-3062
F: 215- 875-4604
ldeutsch@bm.net

*Attorneys for Plaintiffs and the Class*

/s/ E. Paul Cauley, Jr.
John S. Hicks (BPR No. 010478)

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
1600 West End, Suite 2000
Nashville, Tennessee 37203
(615) 726-5600
(615) 744-7337 (fax)
jhicks@bakerdonelson.com

E. Paul Cauley, Jr.
FAEGRE, DRINKER, BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (fax)
paul.cauley@faegredrinker.com

Bradley J. Andreozzi (admitted *pro hac vice*)
FAEGRE, DRINKER, BIDDLE & REATH LLP
320 S. Canal Street, Suite 3300
Chicago, Illinois 60606
(312) 569-1000
(312) 569-3000 (fax)
bradley.andreozzi@faegredrinker.com

*Attorneys for Defendant Nissan North America, Inc.*

<h1 style="text-align:center"><u>CERTIFICATE OF SERVICE</u></h1>

       I hereby certify that on March 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, as listed below.

Melissa S. Weiner
mweiner@pwlaw.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN 55319
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

Gregory F. Coleman
gcoleman@milberg.com
**Milberg Coleman Bryson Phillips Grossman PLLC**
800 South Gay Street, Suite 1100
Knoxville, TN 37929

Tarek Zohdy
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett
Cody.Padgett@capstonelawyers.com
Laura E. Goolsby
Laura.Goolsby@capstonelawyers.com
**Capstone Law APC**
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Norberto J. Cisneros, Esq.
Barbara McDonald, Esq.
**Maddox & Cisneros, LLP**
3230 S. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Telephone: (702) 366-1900
Facsimile: (702) 366-1999

James C. Shah (SBN 260435)
jcshah@millershah.com
Natalie Finkelman Bennett
nfinkelman@millershah.com
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Lawrence Deutsch
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ldeutsch@bm.net

*Attorneys for Plaintiffs and the Proposed Settlement Class*

*/s/ E. Paul Cauley, Jr.*
E. PAUL CAULEY, JR.